IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

    Plaintiff,

v.

JACKSON ET AL,

    Defendant.

No. C 11-03785 CRB

**ORDER TO SHOW CAUSE**

    Plaintiff Bernardo Mendia, an experienced, although *pro se,* plaintiff, has failed to timely oppose Defendants' Motion to Dismiss, per Civil Local Rule 7-3. Accordingly, Plaintiff is ORDERED to show cause by **Monday, November 28, 2011 at 5:00 p.m.** why this case should not be dismissed for failure to prosecute, per Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Dated: November 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3785\osc.wpd