IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

    Plaintiff,

v.

JACKSON ET AL,

    Defendant.

No. C 11-03785 CRB

**ORDER RE FUTURE FILINGS**

    When Plaintiff Bernardo Mendia failed to timely oppose Defendants' Motion to Dismiss, and failed to respond to the Court's Order to Show Cause (dkt. 15), the Court dismissed his case pursuant to Federal Rule of Civil Procedure 41(b), see Order (dkt. 20). Plaintiff also failed to respond to Defendants' Motion for a Pre-Filing Review Order and to Declare Plaintiff a Vexatious Litigant (dkt. 12), and did not appear at the hearing the Court held on that same motion, see Minutes (dkt. 24).

    The Court hereby finds the vexatious litigant Motion MOOT in light of the dismissal of this case. Plaintiff is ORDERED to file all future pleadings as a prisoner so long as he is in custody.

    **IT IS SO ORDERED.**

Dated: January 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3785\order re future filings.wpd