IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARDO MENDIA,

    Plaintiff,

  v.

JACKSON ET AL,

    Defendant.

                                    /

No. C 11-03785 CRB

**JUDGMENT**

    As the Court recently dismissed Plaintiff's case for failure to prosecute, it hereby enters judgment for Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3785\judgment.wpd